**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6327

ERIC VON POOLE,

Plaintiff - Appellant,

v.

R. RODERICK, CMM; PAUL WHEELER, CMM, NBCI (individual/official capacity); WCI'S ARP COORDINATOR, day of 6/8/2021 (individual/official capacity); WCI'S CMM FOR G.P., day of 6/8/2021 (individual/official capacity); M. THRASHER, CCMS II, Disciplinary Case Manager H. U. #1 (individual/official capacity); LIEUTENANT WILLIAM GILLUM, H. U. #1 Managing Official (individual/official capacity); CHRISTOPHER WEDLOCK, Hearing Officer, DPSCS West Region (individual/official capacity); DR. A. GETACHEW, Statewide Medical Director (individual/official capacity); NBCI'S ARP COORDINATOR, since 6/8/2021 (individual/official capacity); THOMAS SIRES, Captain, Property Room (NBCI), now Acting Major, 11pm-7am shift (individual/official capacity); COII MEAGER, Property Room Supervisor (NBCI) (individual/official capacity); COII J. WOLFORD, Property Room Officer (NBCI) (individual/official capacity); COII BENNETT, Property Room Officer (NBCI) (individual/official capacity); P. A. ADANE NEGUSSIE, Provider Chronic Care (individual/official capacity); H. U. #1 MANAGING OFFICIAL, upon entering on 6/8/2021, in violation of my constitutionally grounded rights not to accept placement to NBCI, and ignored risk (individual/official capacity),

Defendants - Appellees,

and

KEVIN LAMP, Adm. Chaplain, NBCI (individual/official capacity); SCOTT STEININGER, West Region Food Service (DPSCS) (individual/official capacity); P. KAMMAUF, NBCI Dietary Manager (DPSCS) (individual/official capacity); 3PM-11PM DIETARY LIEUTENANT, during Ramadan 2022 (DPSCS) (individual/official capacity),

Defendants.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah K. Chasanow, Senior District Judge.  (1:22-cv-02233-DKC)

---

Submitted:  December 4, 2025                    Decided:  January 28, 2026

---

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Eric Von Poole, Appellant Pro Se. Veronica Natasha Love, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Megan Trocki Mantzavinos, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Von Poole appeals the district court's August 15, 2023, order dismissing some of his claims and awarding summary judgment to certain defendants on others in his civil rights action.[1]  Poole also appeals the district court's November 22, 2023, order denying his Fed. R. Civ. P. 59(e) motion for reconsideration.  We have thoroughly reviewed the record and discern no reversible error.  Accordingly, we deny Poole's pending motions and affirm the district court's orders.[2]  *Poole v. Roderick*, No. 1:22-cv-02233-DKC (D. Md. Aug. 15, 2023; Nov. 22, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[1] We have jurisdiction to review the district court's August 15, 2023, order because Poole timely filed a notice of appeal from the November 22, 2023, order, which was sufficient to bring up the underlying judgment.  *See Banister v. Davis*, 590 U.S. 504, 509 (2020); *MLC Auto., LLC v. Town of S. Pines*, 532 F.3d 269, 278-79 (4th Cir. 2008).

[2] Specifically, we deny Poole's motion to appoint counsel (ECF No. 6); motion for a stay or injunction pending appeal (ECF No. 22); motion to appoint counsel and for a hearing on his motion for a stay or injunction pending appeal (ECF No. 23); motions to submit exhibits in support of his motion for a stay or injunction pending appeal and to appoint counsel (ECF Nos. 24, 25); motions to add to his informal reply brief (ECF Nos. 28, 30); "Motion to Docket Additional Supportive and Related Medical Defendants Information Just Received" (ECF No. 33); and "Motion to Add Additional Information to Recent Submissions" (ECF No. 36).

3